The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY GABEL,<br><br>Defendant. | No. CR23-054 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONDUCT REMOTE INITIAL APPEARANCE AND PLEA HEARING |

This matter comes before the Court upon motion of defendant, Kimberly Gabel, for an order authorizing her to appear by video for her initial appearance and entry of a guilty plea. The government, Christopher Wenger and S. Babu Kaza, Department of Justice Trial Attorneys, has stipulated to the requested relief. The Court has considered the facts and argument in the motion and the files and records herein and finds that granting Ms. Gabel permission to appear remotely would avoid serious harm to the interests of justice. The Court therefore orders that Ms. Gabel may appear by video for her initial appearance and guilty plea hearing in this matter.

DONE this 21st day of April, 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///

ORDER GRANTING STIPULATED MOTION TO
CONDUCT REMOTE INITIAL APPEARANCE AND
PLEA HEARING
(*Kimberly Gabel*; CR23-054 RSM) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Presented by:

BLACK & ASKEROV, PLLC

_____
Christopher Black
Attorney for Kimberly Gabel

ORDER GRANTING STIPULATED MOTION TO
CONDUCT REMOTE INITIAL APPEARANCE AND
PLEA HEARING
(*Kimberly Gabel*; CR23-054 RSM) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401