The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY GABEL,<br><br>    Defendant. | No. CR23-054 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR RETURN OF PASSPORT |

This matter comes before the Court upon motion of defendant, Kimberly Gabel, for an order directing the Clerk of the Court to return her passport to her.  The government, represented by Christopher Wenger and S. Babu Kaza, Department of Justice Trial Attorneys, does not oppose the requested relief.

Having considered the entirety of the records and file herein, the Court hereby grants this motion.  It is ORDERED that the Clerk of the Court shall return Ms. Gabel's passport to her.

///

///

///

ORDER GRANTING UNOPPOSED MOTION FOR
RETURN OF PASSPORT
(*Kimberly Gabel*; CR23-054 RSM) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

The Clerk is directed to send the passport by certified mail to:

Kimberly Gabel
42344 Forest Oaks Drive
Elizabeth, Colorado 80107

DONE this 25th day of August, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

BLACK & ASKEROV, PLLC

_____
Christopher Black
Attorney for Kimberly Gabel

ORDER GRANTING UNOPPOSED MOTION FOR
RETURN OF PASSPORT
(*Kimberly Gabel*; CR23-054 RSM) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401